IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL GEOFFREY PETERS, #2019190 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv595 |
| LORIE DAVIS | § | |

O R D E R

Before the Court are Plaintiff's objections (Dkt. #72) to a Report and Recommendation (Dkt. #57). It appears that he desires to be transferred to the Stringfellow Unit, which caters to the kosher needs of Jewish inmates. *See Moussazadeh v. T.D.C.J.*, 703 F.3d 781 (5th Cir. 2012). It is unclear whether Plaintiff has taken the steps necessary to be transferred to the Stringfellow Unit. It is therefore

**ORDERED** that Plaintiff has twenty days from the receipt of this order to discuss the steps he has taken to be transferred to the Stringfellow Unit and to provide the response given to him by the prison administration and/or rabbi. His response shall include any documentation provided by the prison administration and/or rabbi at the Stringfellow Unit. Plaintiff is placed on notice that the lawsuit may be dismissed if he fails to timely file a response.

**So ORDERED and SIGNED this 28th day of March, 2018.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE